UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMOTHY RANDAZZO (#585967)                                                 CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                                         NO. 19-129-BAJ-RLB

## ORDER

Before the Court is Petitioner's **Application for Certificate of Appealability (Doc. 12)** and **Motion to Proceed** *in Forma Pauperis* **(Doc. 13)**. On September 25, 2019, the Court issued a Ruling and Order (Doc. 11) denying the Petitioner's application for habeas relief.

A certificate of appealability may issue only if a habeas petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). In cases where the Court has rejected a petitioner's constitutional claims on procedural grounds, a petitioner must demonstrate that "jurists of reason would find it debatable whether the petition states a valid claim of a denial of constitutional right *and* that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Ruiz v. Quarterman*, 460 F.3d 638, 642 (5th Cir. 2006) (emphasis in original). In this case, the Court finds that reasonable jurists would not debate the denial of the Petitioner's application or the correctness of the procedural ruling.

Pursuant to 28 U.S.C. § 2253(c), "[u]nless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from

... the final order in a *habeas corpus* proceeding in which the detention complained of arises out of process issued by a State court ...." The Court has concluded that the Petitioner is not entitled to a certificate of appealability. Accordingly,

**IT IS ORDERED** that the Petitioner's Motions (Docs. 12 and 13) are **DENIED**.

Baton Rouge, Louisiana, this 31st day of October, 2019.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA